UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Appellant/Plaintiff*,<br><br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her Official capacity as Secretary of State of New Mexico,<br><br>*Appellee/Defendant*,<br><br>NEW MEXICO ALLIANCE FOR RETIRED AMERICANS,<br><br>*Appellee/Intervenor-Defendant*,<br><br>and<br><br>COMMON CAUSE, CLAUDIA MEDINA, and JUSTIN ALLEN,<br><br>*Appellees/Intervenor-Defendants*. | Case No. 26-2126 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for Common Cause, Claudia Medina, and Justin Allen, in the above-captioned case.

Attorneys entering appearances must include their signatures below.*

William M. Hughes
Name of Counsel

*/s/William M. Hughes*
Signature of Counsel

125 Broad St., Fl. 18, New York, NY 10004
(212) 549-2500
Mailing Address and Telephone Number

whughes@aclu.org
E-Mail Address

Theresa J. Lee
Name of Counsel

*/s/Theresa J. Lee*
Signature of Counsel

125 Broad St., Fl. 18, New York, NY 10004
(212) 549-2500
Mailing Address and Telephone Number

tlee@aclu.org
E-Mail Address

Sophia Lin Lakin
Name of Counsel

*/s/Sophia Lin Lakin*
Signature of Counsel

125 Broad St., Fl. 18, New York, NY 10004
(212) 549-2500
Mailing Address and Telephone Number

slakin@aclu.org
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

8/3/2026
Date

*/s/William M. Hughes*
Signature

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

_____________________________________________________________________________________

at_________________________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

8/3/2026________________________________
Date

*/s/William M. Hughes*____________________
Signature