**10th CIR. FORM 4. DISCLOSURE STATEMENT**

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Appellant/Plaintiff*,<br>v.<br>MAGGIE TOULOUSE OLIVER, in her Official Capacity as Secretary of State of New Mexico,<br>*Appellee/Defendant,*<br>and<br>NEW MEXICO ALLIANCE FOR RETIRED AMERICANS, COMMON CAUSE, CLAUDIA MEDINA, and JUSTIN ALLEN,<br>*Appellee/Intervenor-Defendants*. | Case No. 26-2126 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of New Mexico Alliance for Retired Americans
[Party Name(s)]
certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

8/5/2026
Date

/s/ Uzoma N. Nkwonta
Signature

**CERTIFICATE OF SERVICE**

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Disclosure Statement
[date]

______________________________________________________________________
[name of party]

at__________________________________________________________________,
[address]

the last known address/email address, by

________________________________________________.
[method of service]

8/5/2026
Date

/s/ Uzoma N. Nkwonta
Signature