ELIAS
LAW
GROUP

250 Masachusetts Avenue NW, Suite 400 | Washington, DC 20001

September 21, 2026

**VIA CM/ECF**

Christopher M. Wolpert, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

**Re: Rule 28(j) Letter Submitted in *United States v. Oliver*, Case No. 26-2126**

Dear Clerk Wolpert:

Pursuant to Federal Rule of Appellate Procedure 28(j), Intervenor-Defendant-Appellee New Mexico Alliance for Retired Americans advises the Court of the U.S. District Court for the District of Vermont's recent decision dismissing the parallel case seeking Vermont's unredacted voter file in *United States v. Copeland Hanzas*, No. 2:25-CV-903, 2026 WL 2754349 (D. Vt. Sep. 17, 2026). With the decision in *Copeland Hanzas*, 24 district courts have now dismissed cases like this one; not one court has allowed a similar case to proceed. *See* Br. of Intervenor-Defendant-Appellee New Mexico Alliance for Retired Americans at 11-12 & n.7, Doc. 33.

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta
Joshua C. Abbuhl
Kevin R. Kowalewski
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Ste. 400
Washington, D.C. 20001
Telephone: (202) 948-1135

Walker R. McKusick
**ELIAS LAW GROUP LLP**

ELIAS LAW GROUP

250 Masachusetts Avenue NW, Suite 400 | Washington, DC 20001



1700 Seventh Ave, Ste. 2100
Seattle, WA 98101
Telephone: (202) 948-1135

Justin R. Kaufman
Caren I. Friedman
Molly H. Samsell
**DURHAM, PITTARD**
**& SPALDING, LLP**
125 Lincoln Ave, Ste. 402
Santa Fe, NM 87501
Telephone: (888) 998-6688

*Attorneys for Intervenor-Defendant-Appellee New Mexico Alliance for Retired Americans*

cc: All Counsel (via CM/ECF)